**Opinion issued August 6, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

NO. 01-26-00759-CV

———————————

**IN RE AUGUSTINE NCHEKWUBE OKOLI, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator Augustine Nchekwube Okoli filed a petition for writ of mandamus challenging the trial court's July 9, 2026 "Clarifying Order to Final Decree of Divorce."[1] Relator's related appeal of the Final Decree of Divorce is pending in our Court under Cause No. 01-26-00134-CV. In conjunction with his mandamus

---

[1] The underlying case is *In the Matter of the Marriage of Chidinma August Okoli and Augustine Nchekwube Okoli*, cause number 2020-24448, pending in the 257th District Court of Harris County, Texas, the Honorable Lilian Alexander presiding.

petition, Relator filed an "Emergency Motion for Temporary Relief to Stay Enforcement of the Clarifying Order Pending Appeal" requesting that our Court (1) stay enforcement of the challenged order "pending final disposition of the appeal and any related original proceeding" and (2) order that the child at issue in the underlying case remain "in Nigeria with her paternal grandmother and father pending final resolution of the appeal."

We deny the mandamus petition. All pending motions, including Relator's emergency motion for temporary relief, are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Rivas-Molloy and Guiney.